**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Jimenez-Zapien

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2615 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **SERGIO JIMENEZ ZAPIEN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **United States Attorney's**
      efile.dkt.gc1@usdoj.gov

Dated: November 8, 2007                *s/ Jodi D. Thorp*
                                                    **JODI D. THORP**
                                                    Federal Defenders
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    e-mail: jodi_thorp@fd.org